FILED

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF WYOMING

2018 MAR -8 AM 7:38

STEPHAN HARRIS, CLERK
CHEYENNE

| | |
|---|---|
| UNITED STATES OF AMERICA, ex rel. MARK GASKILL, ) ) ) ) Plaintiffs and Relator, ) ) ) v. ) ) DR. GIBSON CONDIE, PH.D.; BIG HORN ) BASON MENTAL HEALTH GROUP; ) NORTHWEST WYOMING COMMUNITY ) ACTION PROGRAM, INC.; ACUMEN ) FISCAL SERVICES; TERI GREEN ) (INDIVIDUALLY AND IN HER ) CAPACITY AS WYOMING MEDICADE ) DIRECTOR); and JOHN DOES #1-100, ) FICTITIOUS NAMES, ) ) Defendants. ) | Civil Case No. 16-CV-201-J FILED UNDER SEAL |

## ORDER ON GOVERNMENT'S NOTICE OF ELECTION TO DECLINE INTERVENTION

The United States having declined to intervene in this action pursuant to the False Claims Act, 31 U.S.C. § 3730(b)(4)(B), the Court rules as follows:

IT IS ORDERED that,

1. The complaint be unsealed and served upon the defendants by the relator;

2. All other contents of the Court's file in this action remain under seal and not be made public or served upon the defendants, except for this Order and The Government's Notice of Election to Decline Intervention, which the relator will serve upon the defendants only after service of the complaint;

3. The seal be lifted as to all other matters occurring in this action after the date of this Order;

4. The parties shall serve all pleadings and motions filed in this action, including supporting memoranda, upon the United States, as provided for in 31 U.S.C. § 3730(c)(3). The United States may order any deposition transcript and is entitled to intervene in this action, for good cause, at any time;

5. The parties shall serve all notices of appeal upon the United States;

6. All order of this Court shall be sent to the United States; and that

7. Should the relator or the defendant propose that this action be dismissed, settled, or otherwise discontinued, the Court will solicit the written consent of the United States before ruling or granting its approval.

IT IS SO ORDERED.

DATED this 7th day of March, 2018.

Alan B. Johnson
UNITED STATES DISTRICT JUDGE