Timothy M. Stubson (Bar #6-3144)
Mistee L. Elliott (Bar #6-3540)
Crowley Fleck, PLLP
111 W. 2nd, Suite 220
Casper, WY 82601
(307) 265-2279
tstubson@crowleyfleck.com
melliott@crowleyfleck.com
Attorneys for Defendant NOWCAP

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF WYOMING**

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>EX REL. MARK GASKILL )<br>    )<br>    Plaintiffs, )<br>    )<br>    v. )<br>    )<br>DR. GIBSON CONDIE; BIG HORN )<br>BASIN MENTAL HEALTH GROUP; )<br>NORTHWEST COMMUNITY ACTION )<br>PROGRAM OF WYOMING, INC. AKA )<br>(NOWCAP); ACUMEN FISCAL AGENT )<br>    )<br>    Defendants. | Civil Action No: 1:16-cv-00201-ABJ |

**MOTION TO DISMISS OF DEFENDANT NORTHWEST**
**COMMUNITY ACTION PROGRAM OF WYOMING**

Defendant Northwest Community Action Program of Wyoming, Inc. ("NOWCAP"), through its counsel Crowley Fleck, PLLP, pursuant to Fed. R. Civ. P. 12(b)(6), moves for dismissal of Plaintiffs' Amended Complaint against it due to a lack of subject matter jurisdiction, and alternatively for failure to satisfy the pleading requirements of Fed. R. Civ. P. 9(b).  In support of its motion to dismiss, NOWCAP relies upon the pleadings of record and its supporting memorandum, filed concurrently herewith.

Dated this 6th day of July, 2018.

1

CROWLEY FLECK PLLP

/s/ Timothy M. Stubson
TIMOTHY M. STUBSON (Bar #6-3144)
MISTEE L. ELLIOTT (Bar #6-3540)
Crowley Fleck PLLP
111 West 2nd Street, Suite 220
Casper, WY 82601
307-265-2279
tstubson@crowleyfleck.com
melliott@crowleyfleck.com

Attorneys for Defendant NOWCAP

## **CERTIFICATE OF SERVICE**

The undersigned does hereby certify that on the 6th day of July, 2018, a true and correct copy of the foregoing document was served on the following via CM/ECF, the Court's electronic transmission system:

> R. Michael Shickich
> LAW OFFICES OF R. MICHAEL SHICKICH, LLC
> 1204 East 2nd Street
> Casper, WY 82601
> rms@injuryfirm.net
>
> Robert D. Sherlock
> EISENBERG, GILCHRIST & CUTT
> 215 South State Street, Suite 900
> Salt Lake City, Utah 84111
> rsherlock@egclegal.com

and to the following via United States Mail:

> Mark A. Klaasen
> United States Attorney
> P.O. Box 668
> Cheyenne, WY 82003-0668

CROWLEY FLECK PLLP,

/s/ Timothy M. Stubson
Timothy M. Stubson, (Bar #6-3144)
Mistee Elliott (Bar #6-3540)
Crowley Fleck PLLP
111 West 2nd Street, Suite 220
(307) 232-6901
tstubson@crowleyfleck.com
melliott@crowleyfleck.com
Attorneys for Defendant NOWCAP