R. Michael Shickich
Law Offices of R. Michael Shickich, LLC
111 W. 2nd Street, Ste. 500
Casper WY 82601
Phone: 307-266-5297
Fax: 307-266-1261
E-mail: rms@injuryfirm.net

Robert D. Sherlock (*admitted pro hac vice*)
rsherlock@egclegal.com
EISENBERG, GILCHRIST & CUTT
215 South State Street, Suite 900
Salt Lake City, Utah 84111
Telephone 801-366-9100
Fax 801-350-0065
Attorney for Qui Tam Plaintiffs/Relators

# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF WYOMING

| | |
|---|---|
| UNITED STATES OF AMERICA, *ex rel.* MARK GASKILL  Plaintiffs, vs. DR. GIBSON CONDIE, PH.D.; BIG HORN BASIN MENTAL HEALTH GROUP; NORTHWEST COMMUNITY ACTION PROGRAM OF WYOMING INC. ; ACUMEN FISCAL SERVICES;  DEFENDANTS. | Civil Action No. 16-cv-201J STIPULATED / UNOPPOSED MOTION RE: EXTENSION OF TIME OF RESPOND TO DEFENDANT ACUMEN'S MOTION TO DISMISS |

.

Plaintiff, by and through undersigned counsel, hereby moves the Court for a stipulated order permitting Plaintiff to have up to and including September 7, 2018 to file their Opposition to Defendant's Motion To Dismiss (ECF 33-35).

This stipulated motion is made in good faith and is supported by good cause.

Specifically, the parties have voluntarily and discussed the issues underlying the substance of the allegations in an efforts to clarify the essence of the Amended Complaint as it relates to Acumen. The Defendant's Motion to Dismiss is a dispositive motion with complex legal issues underlying it. The parties have a history of prior mutual cooperation in matters including extensions of time granted by Plaintiff's counsel to Defendant's counsel. This stipulated motion represents a continuation of cooperative and mutually productive dialogue between the parties.

This is the first request for an extension of time to respond to Defendant's Motion to Dismiss and no party will be prejudiced by the extension of time. Counsel for Defendant Acumen does not object to the request for extension of time.

**Conferral:**  Pursuant to Local Rule 7.I(b), undersigned counsel conferred in good faith with Counsel for Defendant Acumen, Mr. Lance Shurtleff, regarding the relief requested in this Motion. Mr. Shurtleff has no objection to the requested extension of time.

**WHEREFORE**, Plaintiff-Relator respectfully requests that this Court grant its motion for an enlargement of time in which to respond to Defendant's Motion to Dismiss up to and including  September 7, 2018.

Respectfully submitted,

By:__/s/ Robert D. Sherlock_____
Robert D. Sherlock (Utah Bar No. 02942)
*(admitted pro hac vice )*
**EISENBERG, GILCHRIST & CUTT**
215 South State Street, Suite 900
Salt Lake City, Utah 84111
(801) 366-9100
rsherlock@egclegal.com

**CERTIFICATE OF SERVICE**

I hereby certify that I am an attorney at Eisenberg, Gilchrist & Cutt.  My business address is 215 S. State Street, Suite 900, Salt Lake City, Utah  84111.  I am over the age of eighteen years and not a party to the above-titled action.  I certify that on August 28, 2018, a true and correct copy of the foregoing  document was served on the following recipients via CM/ECF, the Court's electronic transmission system:

Timothy M. Stubson, (Bar #6-3144)
Mistee Elliott (Bar #6-3540)
**Crowley Fleck PLLP**
111 West 2nd Street, Suite 220
(307) 232-6901
tstubson@crowleyfleck.com
melliott@crowleyfleck.com
Attorneys for Defendant NOWCAP

Lance E. Shurtleff, Esq., WSB# 6-3794
Christine Stickley, WSB# 6-3533
**Hall & Evans, LLC**
866 N. 4th Street, Suite 3
Laramie, Wyoming 82072
Shurtleff: (307) 514-0985
Stickley: (307) 460-3928
Facsimile: (307) 514-2568
shurtleffl@hallevans.com
stickleyc@hallevans.com

David Robbins, Esq. (admitted pro hac vice)
**Perkins Coie, LLP,**
1201 Third Avenue, Suite 4900,
Seattle, Washington 98101
Telephone: (206) 359-6745
Facsimile: (206) 359-7745
E-mail: DRobbins@perkinscoie.com

R. Michael Shickich
**Law Offices Of  R. Michael Shickich, LLC**
1204 East 2nd Street
Casper, WY 82601
rms@injuryfirm.net

**and to the following via United States Mail:**

Mark A. Klaasen
**United States Attorney for the District of Wyoming**
P.O. Box 668
Cheyenne, WY 82003-0668

I declare under penalty of perjury that the foregoing is true and correct.

Dated: August 28, 2018

*/s/ Robert D. Sherlock*

Robert D. Sherlock