

**FILED**

*11:46 am, 11/20/18*
**Stephan Harris**
**Clerk of Court**

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF WYOMING

MARK GASKILL (present in person)

Plaintiff,

vs.

DR GIBSON B. CONDIE, BIG HORN BASIN MENTAL HEALTH GROUP, TERI GREEN, ACUMEN FISCAL AGENT

Defendant.

Case Number: 16-CV-201-J

## CIVIL MINUTE SHEET - MOTION HEARING

Date: Nov 20, 2018        Time: 9:36 am - 11:02 am  &  11:12 am - 11:45 am

| Alan B. Johnson | Sarah Williamson | Monique Gentry | Cole Gustafson |
|---|---|---|---|
| Judge | Clerk | Reporter | Law Clerk |

Attorney(s) for Plaintiff(s)    Robert Sherlock

Attorney(s) for Defendant(s)    Mistee Elliott, Christine Elliott, Richard Hosley, Chandra Westergaard

Witness(es) for Plaintiff(s)

Witness(es) for Defendant(s)

| Pltf/Dft | Doc # | Motion to/for | Disposition |
|---|---|---|---|
| Defendant | 20 | Dismiss | Under Advisement |
| Defendant | 33 | Dismiss | Under Advisement |

☐ Briefs to be filed on or before _____ by _____
                                          by _____

☑ Order to be prepared by  ☑ Court   ☐ Attorney

Other:
Parties present arguments. The court takes the motions under advisement. Written order to enter.