R. Michael Shickich
Law Offices of R. Michael Shickich, LLC
111 W. 2nd Street, Ste. 500
Casper WY 82601
Phone: 307-266-5297
Fax: 307-266-1261
E-mail: rms@injuryfirm.net

Robert D. Sherlock (*admitted pro hac vice*)
rsherlock@egclegal.com
EISENBERG, GILCHRIST & CUTT
215 South State Street, Suite 900
Salt Lake City, Utah 84111
Telephone 801-366-9100
Fax 801-350-0065
Attorney for Qui Tam Plaintiffs/Relators

# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF WYOMING

| | |
|---|---|
| UNITED STATES OF AMERICA, <br> *ex rel*. MARK GASKILL <br>               Plaintiffs, <br><br> vs. <br><br> DR. GIBSON CONDIE, PH.D.; BIG HORN BASIN MENTAL HEALTH GROUP; NORTHWEST COMMUNITY ACTION PROGRAM OF WYOMING INC.; ACUMEN FISCAL SERVICES; <br><br>               DEFENDANTS. <br>               Defendants. | Civil Action No. <br><br> 16-cv-201J <br><br> **NOTICE OF VOLUNTARY DISMISSAL OF DEFENDANTS DR. GIBSON CONDIE, PH.D. AND BIG HORN BASIN MENTAL HEALTH GROUP PURSUANT TO F.R.C.P. 41(a)(1)(A)(i)** |

1

Pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, the Plaintiff – Relator Mark Gaskill and his counsel hereby give notice that the First, Second, Third and Fifth Claims for Relief in the operative Amended Complaint in the above-captioned action (¶¶ 67-84; ¶¶ 91-91) are hereby voluntarily dismissed, with prejudice, against the defendants Dr. Gibson Condie, Ph.D., and Big Horn Basin Mental Health Group. This voluntary dismissal is not a retraction of the factual allegations in the Amended Complaint, nor does it operate to affect the causes of action alleged against other defendants, whether or not those causes of action arose out of the same conduct (in whole or in part) as alleged against the dismissed Defendants.

No answer or motion for summary judgment has been filed in this case as described in F.R.C.P. 41(a)(1) by the dismissed Defendants.

Respectfully submitted,

By: */s/ Robert D. Sherlock*_____

Robert D. Sherlock (Utah Bar No. 02942)
*(admitted pro hac vice )*
**EISENBERG, GILCHRIST & CUTT**
215 South State Street, Suite 900
Salt Lake City, Utah 84111
Telephone: (801) 366-9100

rsherlock@egclegal.com

## CERTIFICATE OF SERVICE

I hereby certify that I am an attorney at Eisenberg, Gilchrist & Cutt.  My business address is 215 S. State Street, Suite 900, Salt Lake City, Utah  84111.  I am over the age of eighteen years and not a party to the above-titled action.  I certify that on November 29,  2018, a true and correct copy of the following  document was served on the following recipients via CM/ECF, the Court's electronic transmission system:

**Plaintiff-Relator's Notice Of Voluntary Dismissal Of Defendants Dr. Gibson Condie, Ph.D. And Big Horn Basin Mental Health Group (F.R.C.P. 41(A)(1)(A)(I))**

Timothy M. Stubson, (Bar #6-3144)
Mistee Elliott (Bar #6-3540)
**Crowley Fleck PLLP**
111 West 2nd Street, Suite 220
Casper, WY 82601
(307) 232-6901
tstubson@crowleyfleck.com
melliott@crowleyfleck.com
**Attorneys for Defendant NOWCAP**

David B Robbins
**PERKINS COIE LLP**
1201 Third Avenue
Suite 4900
Seattle, WA 98101
206/359-6745
Fax: 206/359-7745
Email: drobbins@perkinscoie.com
**Attorney for Defendant Acumen**

Richard A Hosley
Chandra K Westergaard
**PERKINS COIE LLP**
1900 Sixteenth Street
Suite 1400
Denver, CO 80202
303/291-2355
Fax: 303/291-2400
Email: CWestergaard@perkinscoie.com
Email: RHosley@perkinscoie.com
**Attorneys for Defendant Acumen**

Christine Annette Gilbert Stickley
**HALL & EVANS LLC**
866 North 4th Street
Suite 3
Laramie, WY 82070
307/460-3928
Fax: 307/628-3368
Email: stickleyc@hallevans.com
**Attorney for Defendant Acumen**

Lance E Shurtleff
**HALL AND EVANS LLC**
1001 Seventeenth Street
Suite 300
Denver, CO 80202
303/628-3300
Fax: 303/628-3368
shurtleffl@hallevans.com
**Attorney for Defendant Acumen**

R. Michael Shickich
**Law Offices Of  R. Michael Shickich, LLC**
1204 East 2nd Street
Casper, WY 82601
rms@injuryfirm.net
**Attorney for Plaintiff**

**And by U.S. Mail to:**

Mark A. Klaasen
**United States Attorney**
c/o Christopher L. Martin, Assistant U.S. Attorney
P.O. Box 668
Cheyenne, WY 82003-0668

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Dated: November 29, , 2018

*/s/ Robert D. Sherlock*
Robert D. Sherlock