Timothy M. Stubson (Bar #6-3144)
Mistee L. Elliott (Bar #6-3540)
Crowley Fleck, PLLP
111 W. 2nd, Suite 220
Casper, WY 82601
(307) 265-2279
tstubson@crowleyfleck.com
melliott@crowleyfleck.com
Attorneys for Defendant NOWCAP

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF WYOMING**

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>EX REL. MARK GASKILL )<br> )<br>    Plaintiffs, )<br> )<br>v. )<br> )<br>DR. GIBSON CONDIE; BIG HORN )<br>BASIN MENTAL HEALTH GROUP; )<br>NORTHWEST COMMUNITY ACTION )<br>PROGRAM OF WYOMING, INC. AKA )<br>(NOWCAP); ACUMEN FISCAL AGENT )<br> )<br>    Defendants. | Civil Action No: 1:16-cv-00201-ABJ |

**STIPULATED MOTION FOR EXTENSION OF TIME FOR DEFENDANT NOWCAP TO ANSWER OR OTHERWISE RESPOND TO THE SECOND AMENDED COMPLAINT**

Plaintiff Mark Gaskill and Defendant Northwest Community Action Program of Wyoming, Inc. ("NOWCAP"), through their counsel, hereby submit this stipulated motion for an extension of time for NOWCAP to file its answer or other responsive pleading to the Second Amended Complaint, advising the Court as follows:

1.   The Second Amended Complaint was filed on January 14, 2019. NOWCAP's answer or other responsive pleading is due January 28, 2019.

2. The parties are engaged in settlement discussions, and in order to preserve resources and continue such discussions more efficiently, the parties desire to extend NOWCAP's answer deadline for sixty (60) days.

3. The requested extension is timely and will not prejudice any party.

WHEREFORE, Plaintiff and Defendant NOWCAP respectfully request that NOWCAP be granted an extension of time up to and including March 29, 2019 to file its answer or other responsive pleading to the Second Amended Complaint.

Dated this 25th day of January, 2019.

| EISENBERG, GILCHRIST & CUTT | CROWLEY FLECK PLLP |
|---|---|
| By: /s/ Robert D. Sherlock<br>ROBERT D. SHERLOCK (*pro hac*)<br>Eisenberg, Gilchrist & Cutt<br>215 South State Street, Suite 900<br>Salt Lake city, UT 84111<br>rsherlock@egclegal.com<br><br>R. Michael Schickich<br>Law Offices of R. Michael Shickich, LLC<br>1204 East 2nd Street<br>Casper, WY 82601<br>rms@injuryfirm.net<br><br>Attorneys for Plaintiff Mark Gaskill | By: /s/ Mistee L. Elliott<br>TIMOTHY M. STUBSON (Bar #6-3144)<br>MISTEE L. ELLIOTT (Bar #6-3540)<br>Crowley Fleck PLLP<br>111 West 2nd Street, Suite 220<br>Casper, WY 82601<br>307-265-2279<br>tstubson@crowleyfleck.com<br>melliott@crowleyfleck.com<br><br>Attorneys for Defendant NOWCAP |

## **CERTIFICATE OF SERVICE**

The undersigned does hereby certify that on the 25th day of January, 2019, a true and correct copy of the foregoing document was served on the following via CM/ECF, the Court's electronic transmission system:

    R. Michael Shickich
    LAW OFFICES OF R. MICHAEL SHICKICH, LLC
    1204 East 2nd Street
    Casper, WY 82601
    rms@injuryfirm.net

    Robert D. Sherlock
    EISENBERG, GILCHRIST & CUTT
    215 South State Street, Suite 900
    Salt Lake City, Utah 84111
    rsherlock@egclegal.com

    Lance E. Shurtleff
    Christine Stickley
    HALL & EVANS, LLC
    866 N. 4th Street, Suite 3
    Laramie, WY 82072
    shurtleffl@hallevans.com
    stickleyc@hallevans.com

    David Robbins
    PERKINS COIE, LLP
    1201 Third Avenue, Suite 4900
    Seattle, WA 98101
    DRobbins@perkinscoie.com

and to the following via United States Mail:

    Mark A. Klaasen
    United States Attorney
    P.O. Box 668
    Cheyenne, WY 82003-0668

                                                /s/ Mistee L. Elliott
                                                CROWLEY FLECK PLLP