Robert D. Sherlock (admitted pro hac vice)
rsherlock@egclegal.com
EISENBERG, CUTT, KENDELL & OLSEN
215 South State Street, Suite 900
Salt Lake City, Utah 84111
Telephone 801-366-9100 Fax 801-350-0065
**Attorneys for Qui Tam Plaintiff/Relator**

Timothy M. Stubson, (Bar #6-3144)
Mistee Elliott (Bar #6-3540)
Crowley Fleck PLLP
111 West 2nd Street, Suite 220
Casper, WY 82601
(307) 232-6901
tstubson@crowleyfleck.com
melliott@crowleyfleck.com
**Attorneys for Defendant NOWCAP**

C. Levi Martin
Assistant United States Attorney
United States Attorney's Office
PO Box 668
Cheyenne, WY 82003
307-772-2124 phone
**Attorney for United States of America**

## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF WYOMING

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | § | |
| *ex rel*. MARK GASKILL | § | Civil Action No. |
| Plaintiffs, | § | |
| vs. | § | 16-cv-201J |
| | § | |
| NORTHWEST COMMUNITY ACTION PROGRAM | § | **STIPULATED MOTION TO** |
| OF WYOMING INC. | § | **EXTEND TIME FOR FILING OF** |
| | § | **DISMISSAL AND SETTLEMENT** |
| Defendant. | § | **DOCUMENTS** |

The Parties to this case, by and through Counsel, hereby move the Court for an extension of time for up to 90 days, (to October 14, 2020) to submit final settlement and dismissal documents to the Court. This motion is required due to the nature of actions under the False Claims Act, , 31 U.S.C. § 3729 et seq.

In order to effectuate the settlement, the parties must develop and exchange a number of documents and complete certain negotiations. These include a settlement between the litigating parties (Relator Gaskill and Defendant NOWCAP). However, the agreement is then subject to approval and concurrence by the United States Department of Justice, (DOJ) which has its own required components of the settlement document. Additionally, the Relator and DOJ must either agree on a Relators' Share of the settlement amount, or agree to submit it to the Court for determination. A separate document must be executed on the amount of statutory attorneys' fees and costs are to be included in any settlement. (While this is not in dispute, the documents must still be processed and executed by the DOJ).

Due to the need for these documents to be drafted, submitted for approval to all parties, and the DOJ, it has not been possible to accomplish this in the 30 days entered by the Clerk upon notice to the Court of the settlement between Relator  and NOWCAP. The parties agree that this extension is an outside limit of the time needed and will diligently pursue producing and approving documents well in advance of that time.

## STIPULATION

For the foregoing reasons, the Parties through their respective counsel stipulate that the court grant an extension of time for up to 90 days, (to October 14, 2020) to submit final settlement and dismissal documents to the Court.


Dated : July 15, 2020


_____/S/_____
Robert D. Sherlock (admitted pro hac vice)
EISENBERG, CUTT, KENDELL & OLSEN
**Attorneys for Qui Tam Plaintiff/Relator**

_____/S/_____
Timothy M. Stubson, (Bar #6-3144)
CROWLEY FLECK PLLP
**Attorneys for Defendant NOWCAP**


_____/S/_____
C. Levi Martin
Assistant United States Attorney
UNITED STATES ATTORNEY'S OFFICE
**Attorney for United States of America**


**CERTIFICATION**

I, ROBERT D. SHERLOCK, am an attorney in the law firm of Eisenberg, Cutt Kendell & Olsen, counsel of record for Relator-Plaintiff Mark Gaskill. I hereby attest that all other signatories on whose behalf this filing is submitted concurred in writing via e-mail with this filing.


Dated: July 15, 2020

EISENBERG, CUTT, KENDELL & OLSEN

_____/s/_____

*Robert D. Sherlock*
Robert D. Sherlock
Attorneys for Plaintiff-Relator
Mark Gaskill

## CERTIFICATE OF SERVICE

I hereby certify that I am an attorney at Eisenberg, Cutt, Kendell & Olsen.  My business address

is 215 S. State Street, Suite 900, Salt Lake City, Utah  84111.  I am over the age of eighteen

years and not a party to the above-titled action.  I certify that on July 15, 2020 a true and correct

copy of the following  document was served on the following recipients via CM/ECF, the

Court's electronic transmission system, and via email:

### STIPULATED MOTION TO EXTEND TIME FOR FILING OF DISMISSAL AND SETTLEMENT DOCUMENTS

Timothy M. Stubson, (Bar #6-3144)
Mistee Elliott (Bar #6-3540)
**Crowley Fleck PLLP**
111 West 2nd Street, Suite 220
(307) 232-6901
tstubson@crowleyfleck.com
melliott@crowleyfleck.com
Attorneys for Defendant NOWCAP

R. Michael Shickich
**Law Offices Of  R. Michael Shickich, LLC**
1204 East 2nd Street
Casper, WY 82601
rms@injuryfirm.net

C. Levi Martin
**Assistant United States Attorney**
P.O. Box 668
Cheyenne, WY 82003-0668
CMartin1@usa.doj.gov

I declare under penalty of perjury under the laws of the United States of America that the
foregoing is true and correct.

Dated: July 17, 2018

*/s/ Robert D. Sherlock*
Robert D. Sherlock