Robert D. Sherlock (admitted pro hac vice)
rsherlock@egclegal.com
EISENBERG, CUTT, KENDELL & OLSEN
215 South State Street, Suite 900
Salt Lake City, Utah 84111
Telephone 801-366-9100 Fax 801-350-0065
**Attorneys for Qui Tam Plaintiff/Relator**

Timothy M. Stubson, (Bar #6-3144)
Mistee Elliott (Bar #6-3540)
Crowley Fleck PLLP
111 West 2nd Street, Suite 220
Casper, WY 82601
(307) 232-6901
tstubson@crowleyfleck.com
melliott@crowleyfleck.com
**Attorneys for Defendant NOWCAP**

C. Levi Martin
Assistant United States Attorney
**United States Attorney's Office**
PO Box 668
Cheyenne, WY 82003
307-772-2124 phone
**Attorney for United States of America**

## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF WYOMING

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | § | |
| *ex rel.* MARK GASKILL | § | Civil Action No. |
| Plaintiffs, | § | |
| vs. | § | 16-cv-201J |
| | § | |
| NORTHWEST COMMUNITY ACTION PROGRAM | § | **STIPULATED MOTION TO** |
| OF WYOMING INC. | § | **DISMISS** |
| | § | |
| Defendant. | § | |
| | § | |

Pursuant to Federal Rule of Civil Procedure 41(a)(2), the Parties to this case, by and through Counsel, hereby move the Court for an order dismissing this action This motion is based upon a Settlement Agreement between the Relator and Defendant, in which the United States has concurred. Said stipulated dismissal is agreed to be with prejudice as to the Relator and Defendant, and without prejudice as to the United States. The parties agree that the terms of the settlement and the reservation of rights by the Government is fair, adequate, and reasonable under all the circumstances. The parties also request that the Court retain jurisdiction of the case for purposes of enforcing the terms of the parties' settlement.

## STIPULATION

For the foregoing reasons, the Parties through their respective counsel stipulate that the court dismiss this action with prejudice as to the Relator and Defendant, and without prejudice as to the United States. A proposed Order of Dismissal is submitted concurrently herewith.


Dated : November 30,  2020


_____/S/_____
Robert D. Sherlock (admitted pro hac vice)
EISENBERG, CUTT, KENDELL & OLSEN
**Attorneys for Qui Tam Plaintiff/Relator**


_____/S/_____
Timothy M. Stubson, (Bar #6-3144)
CROWLEY FLECK PLLP
**Attorneys for Defendant NOWCAP**


_____/S/_____
C. Levi Martin
Assistant United States Attorney
UNITED STATES ATTORNEY'S OFFICE
**Attorney for United States of America**

## CERTIFICATE OF SERVICE

I hereby certify that I am an attorney at Eisenberg, Cutt, Kendell & Olsen.  My business address

is 215 S. State Street, Suite 900, Salt Lake City, Utah  84111.  I am over the age of eighteen

years and not a party to the above-titled action.  I certify that on December 1, 2020 a true and

correct copy of the following  document was served on the following recipients via email:

## STIPULATED MOTION TO DISMISS

Timothy M. Stubson, (Bar #6-3144)
Mistee Elliott (Bar #6-3540)
**Crowley Fleck PLLP**
111 West 2nd Street, Suite 220
(307) 232-6901
tstubson@crowleyfleck.com
melliott@crowleyfleck.com
Attorneys for Defendant NOWCAP

R. Michael Shickich
**Law Offices Of  R. Michael Shickich, LLC**
1204 East 2nd Street
Casper, WY 82601
rms@injuryfirm.net

C. Levi Martin
**Assistant United States Attorney**
P.O. Box 668
Cheyenne, WY 82003-0668
CMartin1@usa.doj.gov

I declare under penalty of perjury under the laws of the United States of America that the
foregoing is true and correct.

Dated:  December 1 2020

*/s/ Robert D. Sherlock*
Robert D. Sherlock